PRICKETT v. CITY OF MARCELINE.[1]

(Circuit Court of Appeals, Eighth Circuit. June 4, 1895.)

No. 604.

MUNICIPAL BONDS—SEARCY COUNTY v. THOMPSON, 13 C. C. A. 349, 66 FED. 92, FOLLOWED.

In Error to the Circuit Court of the United States for the Western District of Missouri.

This was an action at law by William R. Prickett against the city of Marceline, Mo., to recover on certain municipal bonds. A jury was waived, and the case submitted to the court on the proofs. The court found the issues generally for the defendant, and rendered judgment accordingly. 65 Fed. 469. The plaintiff brings error.

H. A. Clover, for plaintiff in error.

Harry K. West and Samuel W. Moore, for defendant in error.

Before CALDWELL, SANBORN, and THAYER, Circuit Judges.

PER CURIAM. This case is affirmed on the authority of Searcy County v. Thompson, 13 C. C. A. 349, 66 Fed. 92.